UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN COONCE, individually
and on behalf of other
members of the general
public similarly situated,

                                                   NO. CIV. S-13-0396 LKK/KJN

       Plaintiffs,

  v.

                                                    O R D E R

FERGUSON ENTERPRISES, INC.,
a Virginia corporation, and
DOES 1 through 100, inclusive,

       Defendants.
_____/

    Plaintiff Kevin Coonce initially filed this putative class action in the Sacramento County Superior Court. On February 27, 2013, defendant Ferguson Enterprises, Inc. removed the matter to this court, alleging that federal jurisdiction was proper under 28 U.S.C. § 1332, as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, 199 Stat. 4-14. (ECF No. 1.)

    On March 3, 2013, plaintiff filed a motion to remand this matter to state court (ECF No. 5) and a motion to strike portions of defendant's answer (ECF No. 7). Both motions are set for hearing

1

on April 11, 2013.

On March 25, 2013, defendant filed a notice of non-opposition to the motion to remand (ECF No. 9) and an opposition to the motion to strike (ECF No. 10). The latter provides in pertinent part that the court "need not rule on this motion [to strike] if it grants the pending motion to remand . . . ." (Id. at 1:2-3.)

In light of the foregoing, the court hereby orders as follows:

[1] Plaintiff's motion to remand (ECF No. 5) is GRANTED. This action is hereby remanded to the Superior Court of the State of California for the County of Sacramento.

[2] Plaintiff's motion to strike (ECF No. 7) is DENIED as moot.

IT IS SO ORDERED.

DATED: March 28, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2